IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER WILLIAMS,                                CV. 04-979-JE

        Petitioner,                ORDER TO DISMISS

    v.

JEAN HILL,

        Respondent.

KING, District Judge.

    Petition moves to voluntarily dismiss this habeas corpus case on the basis that he no longer wishes to prosecute the action. Petitioner's Motion to Dismiss (#47) is GRANTED, and this case is DISMISSED.

    IT IS SO ORDERED.

    DATED this  6th  day of November, 2006.

                                /s/ Garr M. King
                                Garr M. King
                                United States District Judge

1 - ORDER TO DISMISS